462 P.2d 626

**Charles M. MORGAN, Petitioner,**

v.

**STATE BOARD OF EDUCATION,**
**Respondent.**

**No. 8972.**

Supreme Court of New Mexico.

Jan. 5, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 356, 81 N.M. 754, 461 P.2d 236, be and the same is hereby returned to the Clerk of the Court of Appeals.

462 P.2d 626

**Sherrill D. TUFT, Father and Natural Guardian of Jeri Dee Tuft, Rodger Neil Tuft, and Jody Louise Tuft, Minors; and his wife, Thelma A. Tuft, Petitioners,**

v.

**The Honorable James W. MUSGROVE, Judge of the Eleventh Judicial District Court, Division I, Respondent.**

**No. 8996.**

Supreme Court of New Mexico.

Jan. 16, 1970.

MOISE, Chief Justice, and COMPTON, TACKETT, WATSON and SISK, Justices, concurring.

Ordered that petition be and the same is hereby denied.